# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | ED CV 12-00202-DOC(SPx) | Date   February 27, 2012 |
| Title | Ruth Brower -v- Zwicker & Associates PC, et al. | |

| Present: The Honorable | DAVID O. CARTER | | |
|---|---|---|---|
| D. Beard | | Not Present | N/A |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| NONE | | NONE | |

Proceedings:    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE MARCH 12, 2012

Counsel are hereby ordered to show cause in writing no later than **March 12, 2012**, why this case should not be dismissed for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of a response.

Counsel is advised that the Court will consider the filing of:

## Defendants' answer to complaint or Plaintiff's Request for Entry of Default

on or before the date upon which the response is due.

The Clerk shall serve this minute order on counsel for all parties in this action.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | db for jb | |