# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH BROWER ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> ZWICKER & ASSOCIATES PC, et al. ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. ED CV 12-202-DOC(SPx) <br><br> ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: March 1, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge